# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK D. RODRIGUEZ,<br><br>    Defendant. | Case No. 6:22-po-00498-HBK-1<br><br>ORDER APPOINTING CJA COUNSEL<br><br>(Doc. No. 7) |

Before the Court is the Office of the Federal Public Defender's motion filed on February 7, 2024, brought on behalf of the Defendant seeking appointment of Criminal Justice Act (CJA) panel counsel. (Doc. No. 7). Defendant submitted a Financial Affidavit under penalty of perjury demonstrating he is financially unable to obtain counsel. (Doc. No. 8).

Accordingly, it is **ORDERED**:

In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the motion (Doc. No. 7) is GRANTED and **Carol Moses**, CJA panel counsel, is appointed *nunc pro tunc* as of February 6, 2024 to represent Defendant. This appointment shall remain in effect until further order of court.

Dated:    February 13, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE